UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN EXUME,

                    Plaintiff,

        v.

GREGORY A. RICHARDSON,

                    Defendant.

CASE NO. 2:17-cv-1791-RSM

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 2) is **GRANTED**. Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 4th day of December, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge